900098/rgg

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

UNITED STATES OF AMERICA )
)
    PLAINTIFF )
)
V. ) CRIMINAL NO. M-90-080
)
LORENA SALAZAR-GALVAN )
)
    DEFENDANT )

INDICTMENT

THE GRAND JURY CHARGES:

Count One

On or about February 26, 1990, in the Southern District of Texas and within the jurisdiction of the Court, Defendant

LORENA SALAZAR-GALVAN

previouslly having been arrested, convicted, and sentenced on a charge of violating Title 21, United States Code, Sections 952(a) and 841(a)(1), a felony punishable by imprisonment for a term of five years or more, and having been released from custody pursuant to the provisions of Chapter 207, Title 18, United States Code, on the condition that she voluntarily surrender to the United States Marshal at McAllen, Texas, in connection with said charges, did knowingly fail to surrender as required.

[Violation: Title 18, United States Code, Sections 3146(a) and 3146(b)(1)(A)(ii)]

A TRUE BILL

_____
FOREMAN

HENRY K. ONCKEN
UNITED STATES ATTORNEY

ASSISTANT UNITED STATES ATTORNEY